FRANK B. TORREY, as Executor of EDWARD W. DAY,
Deceased, Respondent, *v.* EVELYN D. BRUNER, Appel-
lant, Impleaded with Another.
FRANK B. TORREY, as Executor of EDWARD W. DAY,
Deceased, Respondent, *v.* EVELYN D. BRUNER, Appel-
lant, Impleaded with Others.

*Torrey* v. *Bruner*, 143 App. Div. 947, 948, affirmed.
(Argued April 2, 1912; decided April 30, 1912.)

APPEAL in each of the above-entitled actions from a
judgment of the Appellate Division of the Supreme Court
in the second judicial department, entered March 23,
1911, modifying and affirming as modified a judgment in
favor of plaintiff entered upon a decision of the court on

trial at Special Term in an action to foreclose a mortgage on real property, bringing up for review a prior order of said Appellate Division entered November 19, 1909, affirming an interlocutory judgment in said action.

*George W. McKenzie* for appellant.

*Perry D. Trafford* and *Benjamin A. Morton* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.